1

2

3

4

5

6                              IN THE UNITED STATES DISTRICT COURT

7                           FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9

10                                                              No. C 16-05737 WHA
                                                                No. C 16-05738 WHA
11                                                              No. C 16-05739 WHA
                                                                No. C 16-05823 WHA
12                                                              No. C 16-05824 WHA
                                                                No. C 16-05825 WHA
13     *In re Malibu Media BitTorrent Copyright*                No. C 16-05826 WHA
       *Infringement Litigation*                                No. C 16-05827 WHA
14                                                              No. C 16-05828 WHA
                                                                No. C 16-05829 WHA
15                                                              No. C 16-05843 WHA
                                                                No. C 16-05845 WHA
16                                                              No. C 16-05847 WHA
                                                                No. C 16-05848 WHA
17                                                              No. C 16-05849 WHA
                                                                No. C 16-05850 WHA
18                                                              No. C 16-05855 WHA
                                                                No. C 16-05920 WHA
19                                                              No. C 16-05921 WHA
                                                                No. C 16-05922 WHA
20                                                              No. C 16-05923 WHA
                                                                No. C 16-05925 WHA
21                                                              No. C 16-05926 WHA
                                                                No. C 16-05927 WHA
22                                                              No. C 16-05970 WHA
                                                                No. C 16-05972 WHA
23                                                              No. C 16-05973 WHA
                                                                No. C 16-05974 WHA
24                                                              No. C 16-05975 WHA
                                                                No. C 16-05976 WHA
25                                                              No. C 16-05977 WHA
                                                                No. C 16-06106 WHA
26                                                              No. C 16-06107 WHA
                                                                No. C 16-06108 WHA
27                                                              No. C 16-06109 WHA
                                                                No. C 16-06110 WHA
28                                                              No. C 16-06111 WHA
                                                                No. C 16-06112 WHA
                                                                No. C 16-06141 WHA

**United States District Court**
For the Northern District of California

No. C 16-06143 WHA
No. C 16-06144 WHA
No. C 16-06146 WHA
No. C 16-06147 WHA
No. C 16-06155 WHA
No. C 16-06160 WHA
No. C 16-06239 WHA
No. C 16-06240 WHA
No. C 16-06241 WHA
No. C 16-06242 WHA
No. C 16-06243 WHA
No. C 16-06245 WHA
No. C 16-06247 WHA
No. C 16-06249 WHA

**ORDER SETTING DEADLINE TO FILE A RENEWED MOTION FOR LEAVE TO SERVE A THIRD-PARTY SUBPOENA**

_____/

In each of the above-captioned cases, an order denied Malibu Media's request for leave to serve a third-party subpoena on the Internet service provider that assigned the respective defendants' IP addresses according to a database maintained at maxmind.com without prejudice to a renewed motion that more completely addressed the accuracy of that database.

Malibu Media shall have until JANUARY 19, AT NOON, to file its renewed motions in each case. If such a motion is timely filed and granted, the deadline to serve the defendant with the summons and complaint will be set as the later of the deadline set by Rule 4(m) or thirty-five days after Malibu Media receives the defendant's identifying information from the Internet service provider. (A similar extension has been granted as a matter of course in all of Malibu Media's cases assigned to the undersigned judge.) Failure to timely file a renewed motion will result in dismissal for lack of prosecution of the respective case.

**IT IS SO ORDERED.**

Dated:   January 4, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California